**Dated: April 03, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:    PEARLIE K. BLACK, | Case No. 13-27953-GWE |
| Debtor. | Chapter 13 |

| | |
|---|---|
| PEARLIE BLACK, | DEBTOR/PLAINTIFF |
| vs. | A.P. NO. 14-00035 |
| WELLS FARGO HOME MORTGAGE, AND/OR WELLS FARGO BANK, N.A., AND/OR CITIBANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WACHOVIA LOAN TRUST AND/OR WACHOVIA BANK, N.A., | DEFENDENTS |

### CONSENT ORDER RESOLVING COMPLAINT TO DETERMINE EXTENT/VALIDITY OF LIEN

This Adversary Proceeding having come before the Court pursuant to the Complaint to Determine Extent/Validity of Lien filed by the Debtor filed on January 30, 2014, and it appearing to the Court that this Court has both *in personam* jurisdiction and subject matter jurisdiction over

Case No. 13-27953-GWE
Chapter 13
Consent Order

Page 2 of 3

this controversy, and it further appearing to the Court, as evidenced by the signature of the attorney for the Debtor, Barbara Loevy, and counsel for Wells Fargo Bank, N.A., James Bergstrom, below, and the general appearance by Defendant Wells Fargo Bank, N.A., that the parties hereto agree that the lien against the Debtor's real property commonly known as 4268 Lawnview Street, Memphis, Tennessee 38109 (the "Property") has been released by evidence of the Trust Deed Release filed at Instrument no. 12100388 on November 6, 2012 in the Office of the Shelby County Register. Further, the debt secured by the Property has been charged off and is no longer due from the Debtor.

This order resolves all issues between Plaintiff and Defendant related to the mortgage previously serviced by Defendant Wells Fargo Bank, N.A. with regard to the Property and this Adversary Proceeding.

Each party shall be responsible for its own attorney fees.

Therefore, it is hereby **ORDERED** that this Adversary Proceeding be closed, and the Bankruptcy Court Clerk shall take all actions necessary to administratively close the instant Adversary Proceeding.

**IT IS SO ORDERED.**


APPROVED:

Attorney for the Debtor/Plaintiff:


/s/ Barbara R. Loevy
Barbara R. Loevy
200 Jefferson Avenue, Suite 707
Memphis, TN 38103


 /s/ Sylvia Ford Brown
 Chapter 13 Trustee

Case No. 13-27953-GWE
Chapter 13
Consent Order

Page 3 of 3

Attorneys for Defendant Wells Fargo Bank, N.A.:

WILSON & ASSOCIATES, P.L.L.C.
5050 Poplar Avenue, Suite 115
Memphis, Tennessee 38157
(901) 578-9914

By:    /s/ James Bergstrom
       Joel W. Giddens (16700)
       James Bergstrom (20622)
       Theodore K. Cummins (24381)

**NAMES AND ADDRESSES OF ENTITIES SERVED:**

| | |
|---|---|
| Barbara R. Loevy<br>Attorney at Law<br>200 Jefferson Avenue, Suite 707<br>Memphis, TN 38103 | Sylvia F. Brown<br>Trustee<br>200 Jefferson Avenue, Suite 1113<br>Memphis, TN 38103 |
| Pearlie K. Black<br>Debtor<br>5259 Laurel Home Cove<br>Memphis, TN 38125 | Joel W. Giddens<br>James Bergstrom<br>Theodore K. Cummins<br>WILSON & ASSOCIATES, P.L.L.C.<br>5050 Poplar Avenue, Suite 115<br>Memphis, Tennessee 38157 |

and ADDITIONAL PARTIES (if required) AS FOLLOWS:

DConsentOrder-WDTN-01_jtaylor_140219_1536
W&A No. 717-243862
Loan No. xxxxxx7799